UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JULIUS WOLLFARTH** | * | NO. 20-CV-01537 |
| | * | |
| **VERSUS** | * | SECTION: "T-04" |
| | * | |
| **CITY OF NEW ORLEANS; SHAUN D. FERGUSON, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF POLICE; POLICE OFFICER JOHN DOE 1, AND POLICE OFFICER JOHN DOE 2** | * * * * * * * * | HON. GREG G. GUIDRY  MAG. KAREN W. ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THE CITY'S STATUS REPORT

Defendants, the City of New Orleans, Shaun D. Ferguson, and Police Officer John Doe 1 and Police Officer John Doe 2 respectfully submit this status report pursuant to the Court's October 1, 2020 Scheduling Order. Defendants have provided Plaintiff with a copy of this status report. Plaintiff has not responded with his recommendations, comments, or additions.

1. The parties in this litigation are currently:

    a. Plaintiff – Julius Wollfarth;

    b. Defendants

        i. The City of New Orleans;

        ii. Superintendent Shaun D. Ferguson;

        iii. Unknown Police Officers 1 and 2.[1]

---

[1] Discovery has not commenced because of an outstanding Motion to Dismiss. However, the City will endeavor to identify the two unknown police officers.

2. The Defendants Motion to Dismiss is still pending before this court. Oral argument was not requested. The Plaintiff filed an opposition which also requested an opportunity to amend. The matter was submitted to the Court on November 11, 2020.

3. The parties have not requested a status conference. The pre-trial conference is scheduled for April 21, 2020. Trial is scheduled for Monday, May 17, 2021 before a jury and is estimated to last four (4) days.

4. Plaintiff alleges that the defendant-officers violated his Fourth and Fourteenth Amendment rights when he was unreasonably detained without probable cause. During this detention, plaintiff alleges that he suffered injuries to his neck and back. Plaintiff brings causes of action for violations of his constitutional rights under 42 U.S.C. §1983. He also brings causes of action under Louisiana law for the intentional torts of assault and battery and vicarious liability.

    The following legal questions are presented: whether the unknown officers' actions were unreasonable as required by the Fourth Amendment; whether the unknown officers and Superintendent Ferguson are entitled to qualified immunity; and whether the City of New Orleans is subject to *Monell* liability.

    The state law claims will be addressed at a later date.

5. The parties have not conducted discovery because of the pending Motion to Dismiss.

6. The parties have not engaged in settlement discussions.

Respectfully submitted:

*/s/ Darren P. Tyus*
**DARREN P. TYUS, LSB #30772**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
DEPUTY CITY ATTORNEY
**CHURITA H. HANSELL, LSB #25694**
CHIEF DEPUTY CITY ATTORNEY

**DONESIA D. TURNER, LSB #23338**
SENIOR CHIEF DEPUTY CITY ATTORNEY
**SUNNI J. LEBEOUF, LSB #28633**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
*Counsel for defendants City of New Orleans, Superintendent Shaun D. Ferguson, Police Officer John Doe 1, and Police Officer John Doe 2*