UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIUS WOLLFARTH | * | |
| | * | CIVIL ACTION NO. 20-1537 |
| **Plaintiff** | * | |
| | * | |
| | * | |
| | * | SECTION "T" |
| VERSUS | * | JUDGE GREG G. GUIDRY |
| | * | |
| | * | |
| CITY OF NEW ORLEANS; SHAWN D. | * | |
| FERGUSON, INDIVIDUALLY, AND | * | |
| IN HIS OFFICIAL CAPACITY AS | * | MAG. DIV. 4 |
| SUPERINTENDENT OF POLICE; POLICE | * | MAG. JUDGE KAREN M. ROBY |
| OFFICER JOHN DOE 1 AND POLICE | * | |
| OFFICER JOHN DOE 2 | * | |
| | * | |
| **Defendants** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiff's Ex-Parte Motion to Adopt and Join the Joint Status Report,

**IT IS ORDERED** that the Motion (R. Doc. 17) is GRANTED and Plaintiff may join the Joint Status Report filed by the Defendants on December 3, 2020 (R. Doc. 16).

New Orleans, Louisiana, this __11th__ day of December, 2020.

_____
DISTRICT JUDGE